IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TGI FRIDAY'S INC., § | |
| § | |
| Plaintiff- § | |
| counterdefendant, § | |
| § Civil Action No. 3:09-CV-0083-D | |
| VS. § | |
| § | |
| GREAT NORTHWEST RESTAURANTS, § | |
| INC., et al., § | |
| § | |
| Defendants- § | |
| counterplaintiffs. § | |

### **PRELIMINARY INJUNCTION**

For the reasons set out in a memorandum opinion and order filed today, it is ordered and adjudged that defendants-counterplaintiffs Great Northwest Restaurants, Inc., Ten Forward Dining, Inc., TGIA Restaurants, Inc., PRC Restaurants, Inc., Mike Alizadeh, and Abe Alizadeh, their officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with them who receive actual notice of this preliminary injunction by personal service or otherwise, are hereby restrained and enjoined, pending further order of this court, as follows:

> from manufacturing, packaging, distributing, selling, advertising, displaying, or promoting any product or service bearing any trademark or service mark, or any colorable imitation thereof, of plaintiff-counterdefendant TGI Friday's Inc. ("TGIF");

    from displaying or using any of TGIF's trademarks or service marks to advertise, promote, or identify a restaurant or any product or service provided therein;

    from making any statement or representation, or performing any act, that is likely to lead a member of the public to believe that a defendant, restaurant, or product or service that is provided in a restaurant that is in whole or in part owned or operated by the defendant, is in any manner associated, affiliated, or connected with, or licensed, sponsored, authorized, or approved by, TGIF; and

    to the extent, if any, not otherwise enjoined by this preliminary injunction, from using in any restaurant that is in whole or in part owned or operated by the defendant any TGIF signs, logos, menus, point of purchase materials, uniforms, and other items bearing TGIF trademarks or service marks.

  This preliminary injunction shall not take effect until TGIF posts with the Clerk of Court the cash sum of $100,000 or a bond in the amount of $100,000 in the form and with a surety approved by the Clerk of Court.

  August 20, 2009.

            _____
            SIDNEY A. FITZWATER
            CHIEF JUDGE